Sassoon Sales, Esq. (SBN 59958)
LAW OFFICE OF SASSOON SALES
16060 Ventura Blvd., Suite 110
Encino, California 91436
Telephone: (818) 728-6658
Facsimile: (818) 817-7617
Email: s@sassoonlaw.com

Attorneys for Plaintiff FLORIDA CUBAN RESTAURANT, INC.

Spencer A. Schneider, Esq. (SBN 175071)
Karen E. Adelman, Esq. (SBN 216927)
BERMAN BERMANBERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Blvd., Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com; keadelman@b3law.com

Attorneys for Defendant COLONY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIDA CUBAN RESTAURANT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLONY INSURANCE COMPANY and DOES 1 to 100, <br><br> Defendants. | CASE NO: 2:23-cv-00422-MCS-SK <br> [Assigned to Hon. Mark C. Scarsi] <br><br> **JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff Florida Cuban Restaurant, Inc. and Defendant Colony Insurance Company hereby give notice that they have reached an agreement to settle all claims between them. The parties are currently preparing a written settlement agreement. Following the full execution of the

written settlement agreement, the parties will file a Joint Stipulation for Dismissal of this entire action with prejudice.

DATED: May 8, 2023

LAW OFFICE OF SASSOON SALES

By: _____
SASSOON SALES
Attorneys for Plaintiff
FLORIDA CUBAN RESTAURANT, INC.

DATED: May 8, 2023

BERMAN BERMANBERMAN SCHNEIDER & LOWARY, LLP

By: _____
SPENCER A. SCHNEIDER
KAREN E. ADELMAN
Attorneys for Defendant
COLONY INSURANCE COMPANY