Sassoon Sales, Esq. (SBN 59958)
LAW OFFICE OF SASSOON SALES
16060 Ventura Blvd., Suite 110
Encino, California 91436
Telephone: (818) 728-6658
Facsimile: (818) 817-7617
Email: s@sassoonlaw.com

Attorneys for Plaintiff FLORIDA CUBAN RESTAURANT, INC.

Spencer A. Schneider, Esq. - SBN 175071
Karen E. Adelman, Esq. - SBN 216927
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Blvd., Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com; keadelman@b3law.com

Attorneys for Defendant COLONY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIDA CUBAN RESTAURANT, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLONY INSURANCE COMPANY and DOES 1 to 100,<br><br>　　　　Defendants. | CASE NO: 2:23-cv-00422-MCS-SK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Florida Cuban Restaurant, Inc. and defendant Colony Insurance Company that the above-entitled

/ / /
/ / /
/ / /
/ / /
/ / /

action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: June  1 , 2023

LAW OFFICE OF SASSOON SALES

By: _____
SASSOON SALES
Attorneys for Plaintiff FLORIDA CUBAN RESTAURANT, INC.

DATED: June  7 , 2023

BERMAN BERMAN BERMAN SCHNEIDER & LOWARY, LLP

By: _____
SPENCER A. SCHNEIDER
KAREN E. ADELMAN
Attorneys for Defendant
COLONY INSURANCE COMPANY